# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FAITH KINTZEL,** | : | No. 3:14cv2222 |
| **Plaintiff** | : | (Judge Munley) |
| v. | : | |
| **DANTE ORLANDI, WILLIAM E. TUCKER, CORPORAL WISE, KATHY JO WINTERBOTTOM, STEPHAN KLEEMAN, and THE PENNSYLVANIA STATE POLICE,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 30th day of June, 2015, defendants' motions to dismiss (Docs. 6, 15) are **GRANTED**, and plaintiff's complaint is **DISMISSED**. The Clerk of Court is directed to close this case.

                                        **BY THE COURT:**

                                        _____
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**