# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAITH KINTZEL, | : | No. 3:14cv2222 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| DANTE ORLANDI, WILLIAM E. TUCKER, CORPORAL WISE, KATHY JO WINTERBOTTOM, and PA. STATE POLICE, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 21st day of April 2017, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (Doc. 31) is **GRANTED**;

2. Plaintiff's amended complaint (Doc. 29) is **DISMISSED**; and

3. The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**